## Bryant FLORES v. STATE of Arkansas

CR 01-239

39 S.W.3d 774

### Supreme Court of Arkansas
### Opinion delivered March 22, 2001

*Daniel D. Becker*, for appellant.

No response.

PER CURIAM. Appellant Bryant Flores, by and through his attorney, has filed a motion for rule on clerk. His attorney, Daniel D. Becker, states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.